IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASSANIO STERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.  05-CV-00143-LDD |
| | : | |
| FRANKLIN TENNIS, et. al. | : | |
| | : | |

ORDER

AND NOW, this 18th day of May 2006, upon consideration of the Petitioner Bassanio Sterling's Petition for Writ of Habeas Corpus (Doc. No.1), and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 18) and Petitioner's objections thereto (Doc. No. 21), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and Adopted.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

LEGROME D. DAVIS, J